1  Juanita R. Brooks (SBN 75934)
   brooks@fr.com
2  Todd G. Miller (SBN 163200)
   miller@fr.com
3  Albert Ubieta (SBN 249437)
   ubieta@fr.com
4  FISH & RICHARDSON P.C.
   12390 El Camino Real
5  San Diego, California 92130-2081
   Telephone:  (858) 678-5070
6  Facsimile:   (858) 678-5099

7  Attorneys for Defendants
   Iovate Health Sciences, Inc.; Iovate Health
8  Sciences USA, Inc., and Iovate HC 2005 Trademark Ltd.

9  William C. Conkle (SB# 076103)
   Mark D. Kremer (SB# 100978)
10 CONKLE, KREMER & ENGEL
   Professional Law Corporation
11 3130 Wilshire Boulevard, Suite 500
   Santa Monica, California 90403-2351
12 Telephone:  310 998-9100
   Facsimile:   310 998-9109
13 attorneys@conklelaw.com

14 Attorneys for Plaintiffs
   Brand Alternatives LLC, Diet Classics 00 LLC,
15 Performance Labs, Inc. and Richard M. Burke, Jr.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brand Alternatives LLC, a California limited liability company; Diet Classics 00 LLC, a Delaware limited liability company; Performance Labs, Inc., a California corporation; and Richard M. Burke, Jr., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Iovate Health Sciences, Inc., a business entity; Iovate Health Sciences USA, Inc., a Delaware Corporation; and Iovate HC 2005 Trademark Ltd., a business entity,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV07-03013 ODW (SHx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Judge:  Honorable Otis D. Wright II<br>Courtroom:  11<br>Trial Date:  May 20, 2008<br>Complaint Filed:  May 7, 2007 |

1    Case No. CV07-01967 R (RCx)

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, therefore, upon the consent of the parties hereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The above-entitled action, including all claims in the complaint and all counterclaims, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

2. Pursuant to agreement by the parties dated December 13, 2007, this Court shall retain jurisdiction over this matter exclusively for purposes of enforcing said agreement, for hearing requests for provisional equitable remedies and other appropriate relief.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 16, 2008   _____
                          Honorable Otis D. Wright II